**RAMOS LAW**

**Matthew R. Osborne Esq.** SBN 040200

10190 Bannock St Suite 200

Northglenn, CO 80260

Telephone: (720) 623-0098

Emails: MOsborne@ramoslaw.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Rafael Augusto Alcantara Cruz, | Case No. 2:26-cv-00356-DWL |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| vs. | |
| Equifax Information Services LLC, | |
| Defendant. | |

Plaintiff Rafael Augusto Alcantara Cruz ("Plaintiff") and Defendant Equifax Information Services LLC, by and through their respective counsel, hereby stipulate and agree that all claims asserted by Plaintiff in the above-captioned and numbered cause shall be dismissed, with prejudice, with each party to bear their own attorneys' fees, costs, and other expenses.

DATED this 26th day of May, 2026.

> /s/ Matthew R. Osborne
> Matthew R. Osborne
> RAMOS LAW
> 10190 Bannock St Suite 200
> Northglenn, CO 80260
> Telephone: (720) 623 - 0098
> MOsborne@ramoslaw.com
> Counsel for Plaintiff

- 1 -
**STIPULATION**

RAMOS LAW
10190 Bannock St Suite 200 Northglenn, CO 80260
Telephone: (720) 623-0098

/s/ Jake Rapp
Jake Rapp
jrapp@taftlaw.com
TAFT LAW
2555 East Camelback Road
Suite 1050
Phoenix, Arizona  85016
Telephone:  (602) 240-3042
Facsimile:  (602) 240-6600
*Counsel for Defendant
Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I certify that on the 26th day of May, 2026, a true and correct copy of the foregoing was sent via ECF to all counsel of record.

/s/Monserrat Garcia-Rincon

- 2 -
**STIPULATION**

326549478